```
 1              Go ahead.
 2                   MR. MCGUIRE:  And the Court may
 3   notice that the very first paragraph of that
 4   transcript they refer to the fact that
 5   Mr. Quintanilla had had these records for
 6   several months.
 7              Did the Court want to review the
 8   transcript?
 9                   THE COURT:  Go ahead.  Continue.
10                   MR. MCGUIRE:  Okay.  Second
11   thing that we would like to do is offer into
12   evidence an affidavit of Clara Castro Sanchez,
13   which was attached to the motion for new
14   trial -- or, I believe, a copy of it was
15   attached to the motion for new trial, and the
16   original was attached to the Notice of Filing
17   of Original Affidavit of Clara Castro Sanchez
18   to the Defendant's Motion for New Trial, which
19   was filed in the 228th District Court on
20   November 27th.
21              We offer that affidavit as an
22   exhibit.
23                   THE COURT:  Any objection?
24                   MR. SKURKA:  We don't have any
25   objection to it.  Do you have it there or is it
```