IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR, | § | |
| TDCJ NO. 733126, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1026 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

# ORDER

Respondent Quarterman's Motion for Summary Judgment is GRANTED and the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

SIGNED on this, the _____ day of _____, 2008.

_____
JUDGE PRESIDING