# EXHIBIT
# A

CAUSE NO.704424

| | | |
|---|---|---|
| YOLANDA SALDIVAR | § § § | IN THE DISTRICT COURT |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| THE STATE OF TEXAS | § § § § | 228th JUDICIAL DISTRICT |

## AFFIDAVIT OF PAULA GIBSON

STATE OF TEXAS    §
   §
COUNTY OF HARRIS    §

BEFORE ME, THE UNDERSIGNED Notary Public, on this day personally appeared PAULA GIBSON, in her official capacity as Deputy District Clerk of Harris County, Texas, who, being by me duly sworn on oath, states as follows:

"My name is Paula Gibson, and I am a Supervisor in the Criminal Post Trial Services & Bond Forfeiture department of the Harris County District Clerk's Office. I am over the age eighteen (18) years of age, of sound mind, never been convicted of a felony, am capable of making the affidavit, and I am personally acquainted with the facts stated below.

That a Writ of Habeas Corpus was not filed with Harris County in 2000

I have searched through the case file and there has been nothing filed since the case was ordered returned to original venue on November 21, 2000.

1

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Paula Gibson

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary, on the 9th day of July, 2008.

*[signature]*
Notary Public in and for
The State of Texas

2