# EXHIBIT
# B

## CLERK'S OFFICE

## COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

I, LOUISE PEARSON, Clerk of the Court of Criminal Appeals, do hereby certify that as part of my duties I have care and custody of the records of the Court. I have searched the records and have found that no 11.07 postconviction writ of habeas corpus under trial court cause number **704424**, in the name of **Yolanda Saldivar**, has been received in this court. WITNESS my hand and seal of said court, at my office in Austin, Texas, this the 8th day of July, A.D. 2008.



Louise Pearson, Clerk

By: *Louise Pearson*

Deputy Clerk