# EXHIBIT C

# BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS )
COUNTY OF Coryell )

    BEFORE ME, the undersigned authority, personally appeared Joyce Scott, who, being duly sworn by me, deposed as follows:

    "My name is Joy Scott I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

    "I am employed as the Court assistant access to the Gatesville Unit. I am the custodian of the attached records of the Texas Department of Criminal Justice. These records are kept by the Texas Department of Criminal Justice in the regular course of business, and it was the regular course of business of the Texas Department of Criminal Justice for an employee or representative of the Texas Department of Criminal Justice, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the originals."

                                                       _____
                                                            Affiant

    SWORN TO AND SUBSCRIBED before me on this the 3 day of July, 2008.

_____
NOTARY PUBLIC in and for
The State of Texas
My commission expires:



J.D. EVANS
Notary Public
STATE OF TEXAS
My Commission
Expires 11/03/2010

closed documents:
tgoing legal logs for offender
olanda Saldivar, TDCJ no. 733126,
om August 1, 2000 through
tober 15, 2000. (4 pages)

1

## OUTGOING LEGAL, SPECIAL AND MEDIA MAIL LOG

Legal - 3
Spec - 8
Media - 1

Unit: [signature]

| Check One | | | Inmate's Name | Inmate's Number | Addressee Name and Address | Officer's Initials | Date |
|---|---|---|---|---|---|---|---|
| Legal | Special | Media | | | | | |
| | | | J. Baldwin | 733126 | KDOC Boston Young Trap 1605 19th Post Office Yard Ste Houston CA 77055 | [initials] | |

# OUTGOING LEGAL, SPECIAL AND MEDIA MAIL LOG

Unit: GV

Legal: 7
Special: 5

| Check One | | | | | | |
|---|---|---|---|---|---|---|
| Legal | Special | Media | Inmate's Name | Inmate's Number | Addressee Name and Address | Officer's Initials | Date |
| ✓ | | | V. Baldwin | 733126 | Law Offices of ███ Wilson & ███████ 191 ███ ███ 1000 block of Court House ███ Antonio TX 70706 | ██ | 9/8/10 |
| ✓ | | | " | " | " | ██ | 9/8/10 |

## OUTGOING LEGAL, SPECIAL AND MEDIA MAIL LOG

Unit: GV

Legal: 2
Special: 5
Media: 5

| Check One | | | Inmate's Name | Inmate's Number | Addressee Name and Address | Officer's Initials | Date |
|---|---|---|---|---|---|---|---|
| Legal | Special | Media | | | | | |
| ✓ | | | G. Galdean | 733126 | Law Office of Mr. William G. Boerhtmann 101 Alamdbra Blvd Ste 6 Houston San Antonio 7824 | [illegible] | 9/27/[60] |
| | ✓ | | | | [redacted] | " | " |
| | ✓ | | | | [redacted] | " | " |
| | ✓ | | | | [redacted] | " | " |
| | ✓ | | | | [redacted] | " | " |
| | ✓ | | | | [redacted] | " | " |
| | ✓ | | | | [redacted] | " | " |
| ✓ | | | | | [redacted] | [illegible] | 9/29/[60] |

## OUTGOING LEGAL, SPECIAL AND MEDIA MAIL LOG

Unit: GV

Legal: 4
Special: 7

| Check One | | Inmate's Name | Inmate's Number | Addressee Name and Address | Officer's Initials | Date |
|---|---|---|---|---|---|---|
| Legal | Special | | | | | |
| | ✓ | ███ | ███ | ███ | 9/27/00 | RB |
| | ✓ | ███ | ███ | ███ | " | " |
| ✓ | | ███ | ███ | ███ | " | " |
| | | ███ | ███ | ███ | | |
| | ✓ | J. Saldivar | 733126 | Law Offices of William G. Bechelman, 101 Broadway, Ste b-9, Southbend, Tx 78204 | | |
| ✓ | | ███ | ███ | ███ | 9/29/00 | RW |
| ✓ | | ███ | ███ | ███ | " | RW |
| ✓ | | ███ | ███ | ███ | 9/28/00 | PP |
| ✓ | | ███ | ███ | ███ | " | " |
| ✓ | | ███ | ███ | ███ | " | " |
| ✓ | | ███ | ███ | ███ | " | " |