IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR, #733126 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-1026 |
| | § | |
| NATHANIEL QUARTERMAN | § | |

# O R D E R

On July 10, 2008, Respondent filed his "Motion for Summary Judgment with Brief in Support."

Because the Petitioner is before the Court *pro se* and may not be conversant with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas, it is **ORDERED** that the Petitioner **SHALL** have until **August 22, 2008**, to file a response to the Respondent's Motion.

**DONE** at Brownsville, Texas, this _____21st_____ day of July, 2008.

_____
John R. Froeschner
United States Magistrate Judge