IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2008

Michael N. Milby, Clerk

| | |
|---|---|
| YOLANDA SALDIVAR, #733126 | * |
| PETITIONER | * |
| VS. | * CIVIL ACTION NO. H-08-1026 |
| NATHANIEL QUARTERMAN, | * |
| DIRECTOR OF TDCJ-CID | * |
| RESPONDENT | * |

**PETITIONER'S RESPONSE TO**

**THIS COURT'S LATEST ORDER**

On October 27, 2008, this Court's order gave Respondent an opportunity to correct his error in support of his Summary Judgment.

Comes now, Petitioner, to inform this Court that Respondent has failed to provide Petitioner with a copy of his response, if indeed, Respondent has decided to correct his error. Therefore, Petitioner, if necessary, could not adequately object or agree to whatever Respondent may have submitted.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Petitioner will continue to urge this Court to deny Respondent's Summary Judgment. Petitioner further ask this Court that if it finds reason to grant Summary Judgment, request a Certificate of Appealability.

*Yolanda Saldivar*

Yolanda Saldivar
TDC #733126
Lane Murray Unit
1916 N. Hwy 36 By Pass
Gatesville, Texas 76596

### CERTIFICATE OF SERVICE

I, Yolanda Saldivar, do hereby certify that the foregoing document was mailed via certified mail to the Attorney General's Office, Ms. Carole S. Callaghan, Assistant Attorney General, Postconviction Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548 on 22nd day of December, 2008.

*Yolanda Saldivar*

Yolanda Saldivar

Petitioner

## CERTIFICATE OF SERVICE (CON'T)

I, Yolanda Saldivar, do hereby certify that the foregoing document was mailed via certified mail to Mr. Michael Bozarth, Chief, Habeas Corpus Division (Mail Code 066), P.O.Box 12548, Austin, Texas 78711-2548 on _22nd_ day of December, 2008.

*Yolanda Saldivar*
Yolanda Saldivar

Petitioner

December 22, 2008

**VIA CERTIFIED REGISTERED MAIL**
U.S. District Judge John R. Froeschner
United States District Court
601 Rosenberg, Room 508-A
P.O.Drawer 2300
Galveston, Texas 77553

Re: Yolanda Saldivar v. Nathaniel Quarterman
    Civil Action No. H-08-1026

Dear Honorable Judge Froeschner:

Enclosed is the original of Petitioner's response to Respondent Quarterman's unanswer to this Court's latest order.

Sincerely,

*Yolanda Saldivar*
Yolanda Saldivar
TDCJ No. 733126
Lane Murray Unit
1916 N.Hwy 36 By Pass
Gatesville, Texas 76596

cc: Ms. Carole S. Callaghan
    Assistant Attorney General
    Postconviction Litigation Division
    P.O.Box 12548
    Capitol Station
    Austin,Texas78711-2548

cc: Mr. Michael Bozarth, Chief
    Habeas Corpus Division (Mail Code 066)
    P.O. Box 12548
    Austin, Texas 78711-2548

YOLANDA SADUJAN 733126
LANE MURRAY UNIT
1916 N. Hwy 36 By Pass
GATESVILLE, Texas 76596

CERTIFIED MAIL
7004 1160 0002 5609 8526

United States Courts
Southern District of Texas
FILED
DEC 30 2008
Michael N. Milby, Clerk of Court

United States District Court
U.S. District Judge
John R. Froeschner
United States District Court
601 Rosenberg
Room 508-A
P.O. Drawer 2300
Galveston Texas 77553


