# EXHIBIT A

SUBJECT: State briefly the problem on which you desire assistance.

1B3

Ms. Subbus: The Attorney General of Texas informed my federal judge that on or about November 12, 2008 they had sent me some legal mail. Up they did no special mail would have come to my door. I informed the judge that I did not receive no legal mail from the Attorney General. Now the judge ordered that it be given a copy of that legal mail through certified mail which I get today. I am going to let the judge know the reason by which we get no legal mail.

Name: YOLANDA SALDIVAR No: 733126 Unit: LN

Living Quarters: ASA1-22 Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

You received legal papers from individual on 11-10-08 — & 11-10-08 & 10-2-08 — which was sent to your attorney because it came from a individual + not mailed from a legal source which had to be copied. M. Salley 1-7-09

I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Ms. Sellers Mailroom DATE: 1-6-09
(Name and title of official)

ADDRESS: _____

**SUBJECT:** State briefly the problem on which you desire assistance.

2 of 3

Legal mail through your employees. If the Attorney General Certificate of Service says that mailed me legal mail it got lost between them you and me. I am repeating to you an sworn Affidavit stating who they are that received legal mail on or about November 24, 2008, a certain date. If you cannot give me an Affidavit then please answer my I-60s which then I will submit them to the judge because in the future I will be getting

Name: YOLANDA SALDIVAR  No: 733126  Unit: LM

Living Quarters: AS4-22  Work Assignment: Ø

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☒ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Ms. Salpes Mailroom_ DATE: _1-6-09_
(Name and title of official)

ADDRESS: _____

SUBJECT: State briefly the problem on which you desire assistance.

3 of 3

More legal mail and some needs to be held responsible or accountable for the delivery of legal mail to us. I need your answer as soon as possible on the judge gave me a deadline of January 26, 2009.

Thank you.

Name: YOLANDA SALDIVAR  No: 733126  Unit: CLM

Living Quarters: A8A1-22  Work Assignment: 0

DISPOSITION: (Inmate will not write in this space)

You received legal mail on 12-22-08 from atty Roland Moran II out of Houston.

All legal mail is handled by the rule 3.9.1 + Del open + inspected in front of offender. All legal, special, medial mail is logged in + out each day we receive it.

Delores 1-7-09

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden–if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden–if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd, Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Ms. Salters Williams  DATE: 1-6-09
(Name and title of official)

ADDRESS: _____

# EXHIBIT B

# FEE OFFICERS' OFFICIAL RECEIPT

COUNTY AUDITOR'S FORM

| FINE | $ |
|---|---|
| TRIAL FEE | |
| COUNTY ATTORNEY | |
| SHERIFF | |
| CONSTABLE | |
| JUSTICE OF PEACE | |
| DISTRICT CLERK | |
| COUNTY CLERK | |
| COUNTY JUDGE | |
| JURY FEE | |
| STENOGRAPHER'S FEE | |
| CERTIFIED COPIES | |
| DEPOSITS | |
| TRUST FUND | |
| MISCELLANEOUS | |
| LAW LIBRARY FEE | |
| TOTAL | $ |

STATE OF TEXAS
COUNTY OF NUECES

RECEIPT N° 804350

RECEIVED OF Maria Saldivar     6-27  03   $ 18.00

Eighteen + no/100 DOLLARS

FOR C/Copies

STYLE OF CASE: STATE OF TEXAS, OR.

Cash

VERSUS

CASE 95-CR-1187-F(51)

Sylvia Grosso
OFFICER

PATSY PEREZ, DISTRICT CLERK
DISTRICT COURTS / COUNTY COURTS AT LAW
P.O. BOX 2987
CORPUS CHRISTI, TX 78403

INSTRUCTIONS: THIS FORM IS TO BE ISSUED IN DUPLICATE. THE ORIGINAL TO BE DETACHED AND GIVEN TO THE PAYEE AND THE COPY TO BE RETAINED IN THE BOOK FOR THE USE OF THE COUNTY AUDITOR. NO ERASURES ARE TO BE MADE ON THIS FORM. IF AN ERROR IS MADE, THE RECEIPT IS TO BE VOIDED AND THE ORIGINAL LEFT IN THE BOOK.

---

1. JUDGEMENT
2. SENTENCE
3. VERDICT FOR m- PUNISHMENT ONLY

It's ready

2 second floor
10 floor

Sylvia 467
098



PHONE: (512) 888-0410

**JAMES D. ROSENKILD**
ASSISTANT DISTRICT ATTORNEY
NUECES, KLEBERG, AND KENEDY COUNTIES

901 LEOPARD
NUECES COUNTY COURTHOUSE

CORPUS CHRISTI,
TEXAS 78401

# EXHIBIT C

1/15/2009

I Maria Elida Saldivar, on June 27th, 2003 went to the Corpus Christi Nueces CountyDistrict Clerk to obtain Documents, copies of judgment, sentence and verdict on the case of Yolanda Saldivar V. The State of Texas. I also asked about the status of Yoland Saldivar's 11.07 application filed on September 2000. Mr. James D Rosenkild told me the following: he showed me a box that was on the floor that contained Yoland's application and said the appeal would take about two to three years for anyone to look at the appeal or it just might be ignored.

_Maria Elida Saldivar_  Date 1-15-09
Maria Elida Saldivar

Jean H Rowray 1/15/09
Bexar County Texas
Expir - 2-18-2011

# EXHIBIT D

1/15/2009

I Ruth A Sosa accompanied and am a witness for Maria Elida Saldivar when she went to Nueces county on June 27th, 2003 to obtain documents and or copies of the judgement, sentence and verdict on the case of Yolanda Saldivar V. The State of Texas. I also witnessed when Mr James D Rosenkild approached Ms. Saldivar and showed her a box that was on the floor that contained Yolanda's application and said the appeal would take about two to three years for anyone to look at the appeal or it just might be ignored.

_____  _____
Ruth A. Sosa

_____  Date — 1/19/09

Bexar County
State Texas
Expires 2-18-2011