IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR, #733126 | § § § | |
| v. | § | CIVIL ACTION NO. H-08-1026 |
| NATHANIEL QUARTERMAN DIRECTOR, TDCJ-CID | § § § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this ___2nd___ day of February, 2009.

_____
John R. Froeschner
United States Magistrate Judge