Olinda Sandoval 733126
Ane Wuaeag Unit
716 N. Hwy 36 By Pass
Gatesville, Tx. 76596

United States District Court
Southern District of Texas
FILED
FEB 13 2009
Michael N. Milby, Clerk

7004 1160 0002 5609 8632

CERTIFIED MAIL



United States District Court
for the Southern District of Te[xas]
P.O. Box 61010
Houston, Texas 77208