United States District Court
Southern District of Texas
FILED

FEB 1 8 2009

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA SALDIVAR, #733126 | * | |
| PETITIONER | * | |
| v. | * | CIVIL ACTION NO. H-08-1026 |
| NATHANIEL QUARTERMAN, | * | |
| DIRECTOR OF TDCJ-CID | * | |
| RESPONDENT | * | |

## PETITIONER SUBMITS A CORRECTION

## TO HER OBJECTIONS

Petitioner submits a "correction" to the Court to her objections for review from an order by a Magistrate Judge granting Summary Judgment.

The Magistrate Judge ruled that Petitioner failed to make an allegation that the state imposed an unconstitutional impediment to the filing of her petition for federal relief. Petitioner in her objections cited Fed.Rule.Civ.Pro. Rule 15(a) and amends her response to the Respondent's Answer. Petitioner discovers Rule 15(a) is incorrect for this amendment and now submits Fed.Rule.Civ.Pro. Rule 52(b) as the correct rule to amend in her objections.

Although Petitioner is submitting this amendment, in retrospect, Petitioner had indeed raised this allegation before but failed to cite a subsection letter only.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, the Petitioner requests that this correction be granted.

Respectfully Submitted,

*[signature: Yolanda Saldivar]*

Yolanda Saldivar
TDC #733126
Lane Murray Unit
1916 N. Hwy 36 By Pass
Gatesville, Texas 76596

## CERTIFICATE OF SERVICE

I, Yolanda Saldivar, do hereby certify that the foregoing document was filed in the United States District court, Southern District on the 12 day of February, 2009.

*[signature: Yolanda Saldivar]*

Yolanda Saldivar
Petitioner

## CERTIFICATE OF SERVICE (CON'T)

I, Yolanda Saldivar, do hereby certify that the foregoing document was mailed via certified mail to the Attorney General's Office, Ms. Carole S. Callaghan, Assistant Attorney General, Postconviction Litigation Division, P.O.Box 12548, Capitol Station, Austin, Texas 78711-2548 on 12th day of February, 2009.

*Yolanda Saldivar*
Yolanda Saldivar
Petitioner

I, Yolanda Saldivar, do hereby certify that the foregoing document was mailed via certified mail to Mr. Michael Bozarth, Chief, Habeas Corpus Division, (Mail Code 066), P.O.Box 12548, Austin, Texas 78711-2548 on 13th day of February, 2009.

*Yolanda Saldivar*
Yolanda Saldivar
Petitioner

Yolanda Salduar 733726
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX 76596

7004 1160 0002 5609 8687

CERTIFIED MAIL

United States District Court
Southern District of Texas
FILED

FEB 18 2009

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

U.S. POSTAGE PAID
GATESVILLE, TX
76528
FEB 12 09
AMOUNT
$0.00
00051199-04

0000
77208