United States District Court
Southern District of Texas
FILED

FEB 2 5 2009

Michael N. Milby
Clerk of Court

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ H08CV1026 |
| Certified Fee | #34.35 order |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |

7007 3020 0000 7525 6576

Yolanda Saldivar   #733126
Lane Murray Unit
1916 N Hwy 36 By Pass
Gatesville, TX   76596

PS Form 3800, August 2006          See Reverse for Instructions