

DCECF_LiveDB@txs.uscourts.gov
02/19/2009 11:25 AM

To DC_Notices@txs.uscourts.gov
cc
bcc
Subject Activity in Case 4:08-cv-01026 Saldivar v. Quarterman Notice of Appeal

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 11 2009

MICHAEL N. MILBY, CLERK OF COURT

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS — Houston

### Notice of Electronic Filing

09-20109

The following transaction was entered on 2/19/2009 at 11:25 AM CST and filed on 2/18/2009
**Case Name:** Saldivar v. Quarterman
**Case Number:** 4:08-cv-1026
**Filer:** Yolanda Saldivar
**WARNING: CASE CLOSED on 02/02/2009**
**Document Number:** 30

**Docket Text:**
**NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: [26] Final Judgment, by Yolanda Saldivar (Filing fee $ 455), filed.(esmith, )**

**4:08-cv-1026 Notice has been electronically mailed to:**

Carole S Callaghan    carole.callaghan@oag.state.tx.us, laura.haney@oag.state.tx.us

**4:08-cv-1026 Notice has not been electronically mailed to:**

Yolanda Saldivar
#733126
Lane Murray Unit
1916 N Hwy 36 By Pass
Gatesville, TX 76596